Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| DUSKIE L KELLER | ) Chapter 13 ) ) Case No.: 8:09-bk-23972-RK ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) (Bankruptcy Rule 3011) ) ) ) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300819** in the sum of **$3,700.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

DUSKIE L KELLER
210 SOUTH PACIFIC ST.
TUSTIN, CA 92630

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Truste

1

| Case No. | Debtor Name(s) | | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 0923972 | DUSKIE L KELLER ACCT: | | Claim: 00000 | XXX-XX-4669 | 3,700.00 | 0.00 | 3,700.00 |
| | | | TOTALS | | 3,700.00 | 0.00 | 3,700.00 |

Case 8:09-bk-23972-RK    Doc 36    Filed 08/09/10    Entered 09/15/10 16:39:27    Desc
Main Document    Page 2 of 2

DUSKIE L KELLER

BALANCE:                [0.00  1/00000]
SSN: XXX-XX-4669   SSN:
ACCT:                              CASE: 0923972
PRINCIPAL:    3,700.00   INTEREST:           0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300819

Jul 23, 2010

VOID 90 DAYS FROM DATE

*****$3,700.00

PAY   Three Thousand Seven Hundred And 00 / 100 Dollars

TO THE   U.S. BANKRUTCY COURT (FISCAL DEPT.)
ORDER OF   255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300819⑈ ⑆061100790⑆ 000000575186 2⑈